# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: EVAN MANOLIS & ASSOCIATES, S.C. | § | Case No. 11-43849 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 28, 2011. The undersigned trustee was appointed on October 28, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $           15,000.00

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 6,600.00 |
| Administrative expenses | 1,008.00 |
| Bank service fees | 295.50 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 7,096.50 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 03/15/2012 and the deadline for filing governmental claims was 03/15/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,572.71, for a total compensation of $1,572.71.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _05/30/2014_____   By:/s/EUGENE CRANE_____
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number:  11-43849
Case Name:  EVAN MANOLIS & ASSOCIATES, S.C.

Period Ending: 05/30/14

Trustee:  (330350)  EUGENE CRANE
Filed (f) or Converted (c):  10/28/11 (f)
§341(a) Meeting Date:  11/21/11
Claims Bar Date:  03/15/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | None - VOID imported in error<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1  VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Bank checking account Bank* JPMorgan Chase<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 3 | Bank checking account Bank: Charter One Account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Open Acount receivables Location: In debtor's po<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | Miscellaneous office equipment, furniture, suppl<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 1,000.00 | | 5,000.00 | FA |
| 6 | CO2 fractional laser system Purchased in 12/2009<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 8,000.00 | 8,000.00 | | 10,000.00 | FA |
| 6 | Assets    Totals (Excluding unknown values) | $13,100.00 | $13,100.00 | | $15,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

05/27/2014: Investigation closed.  Will prepare Final Report (dk)

03/31/2014: Still pursuing preference; investigation of assets continues (dk)

03/30/2013: Upon review of Debtor's returns there may be a preference to the principal that needs to be pursued (dk)

12/31/2011: retained auctioneer to sell laser machine, still investigating value.

Initial Projected Date Of Final Report (TFR):    February 28, 2013    Current Projected Date Of Final Report (TFR):    December 31, 2014

Exhibit B

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-43849 | |
| Case Name: | EVAN MANOLIS & ASSOCIATES, S.C. | |
| Taxpayer ID #: | **-***7351 | |
| Period Ending: | 05/30/14 | |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******42-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/12 | {5} | Evan Manolis | Payment #2 for Laser machine and equipment | 1129-000 | 5,000.00 | | 5,000.00 |
| 08/02/12 | {6} | Evan Manolis | Payment #1 for Laser machine and equipment | 1129-000 | 10,000.00 | | 15,000.00 |
| 08/10/12 | 1001 | American Auction Associates, Inc. | Payment of commission/expenses  for auctioneer | 3610-000 | | 900.00 | 14,100.00 |
| 08/22/12 | 1002 | First Midwest Bank | Payment of settlement on lien claims | 7100-000 | | 6,600.00 | 7,500.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.41 | 7,473.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,448.59 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,423.59 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,398.59 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,373.59 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 7,373.59 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 15,000.00 | 15,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,373.59 | |
| Subtotal | 15,000.00 | 7,626.41 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $15,000.00 | $7,626.41 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-43849 | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | EVAN MANOLIS & ASSOCIATES, S.C. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5265 - Checking Account |
| Taxpayer ID #: | **-***7351 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/30/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,373.59 | | 7,373.59 |
| 01/11/13 | 11003 | Illinois Department of Revenue | 2012 IL -1120-ST-V, FEIN 36-4417351 | 2820-000 | | 95.00 | 7,278.59 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.25 | 7,267.34 |
| 02/07/13 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-43849, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 6.43 | 7,260.91 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,250.91 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.08 | 7,240.83 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.10 | 7,229.73 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.74 | 7,218.99 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,208.99 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.40 | 7,197.59 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.35 | 7,187.24 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,177.24 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.35 | 7,165.89 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,155.89 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.31 | 7,144.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.61 | 7,133.97 |
| 02/05/14 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #11-43849, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 6.57 | 7,127.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,117.40 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,107.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.90 | 7,096.50 |

|  | ACCOUNT TOTALS | 7,373.59 | 277.09 | $7,096.50 |
|---|---|---|---|---|
| | Less: Bank Transfers | 7,373.59 | 0.00 | |
| | Subtotal | 0.00 | 277.09 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $277.09 | |

{} Asset reference(s)

Printed: 05/30/2014 02:47 PM    V.13.14

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number:  11-43849

Case Name:    EVAN MANOLIS & ASSOCIATES, S.C.

Taxpayer ID #:  **-***7351

Period Ending:  05/30/14

Trustee:        EUGENE CRANE (330350)

Bank Name:      Rabobank, N.A.

Account:        ******5265 - Checking Account

Blanket Bond:   $5,000,000.00  (per case limit)

Separate Bond:  N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts : | 15,000.00 |
|---|---|---|
| | Net Estate : | $15,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******42-65 | 15,000.00 | 7,626.41 | 0.00 |
| Checking # ******5265 | 0.00 | 277.09 | 7,096.50 |
| | $15,000.00 | $7,903.50 | $7,096.50 |

{} Asset reference(s)

*EXHIBIT C*

Printed:  06/02/14 02:21 PM

# Claims Proposed Distribution

## Case:  11-43849   EVAN MANOLIS & ASSOCIATES, S.C.

| Case Balance: | $7,096.50 | Total Proposed Payment: | $7,096.50 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Popowcer Katten, Ltd. <br> <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 984.00 | 984.00 | 0.00 | 984.00 | 984.00 | 6,112.50 |
| | Crane, Heyman, Simon, Welch & Clar <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 46.11 | 46.11 | 0.00 | 46.11 | 27.76 | 6,084.74 |
| | Crane, Heyman, Simon, Welch & Clar <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 7,856.50 | 7,856.50 | 0.00 | 7,856.50 | 4,730.10 | 1,354.64 |
| | EUGENE CRANE <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 | 1,354.64 | 0.00 |
| 3S | Internal Revenue Service | Secured | 10,065.44 | 10,065.44 | 0.00 | 10,065.44 | 0.00 | 0.00 |
| 1P | Illinois Department of Employment Security | Priority | 1,414.13 | 1,414.13 | 0.00 | 1,414.13 | 0.00 | 0.00 |
| 3P | Internal Revenue Service | Priority | 10,391.30 | 10,391.30 | 0.00 | 10,391.30 | 0.00 | 0.00 |
| 7P | Illinois Department of Revenue | Priority | 3,149.87 | 3,149.87 | 0.00 | 3,149.87 | 0.00 | 0.00 |
| 1U | Illinois Department of Employment Security | Unsecured | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 |
| 2 | GE Capital Corporation | Unsecured | 159,915.32 | 159,915.32 | 0.00 | 159,915.32 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | Unsecured | 30.55 | 30.55 | 0.00 | 30.55 | 0.00 | 0.00 |
| 4 | PRECISION RECOVERY ANALYTICS,INC | Unsecured | 778.83 | 778.83 | 0.00 | 778.83 | 0.00 | 0.00 |
| 5 | First Midwest Bank | Unsecured | 94,896.58 | 94,896.58 | 6,600.00 | 88,296.58 | 0.00 | 0.00 |
| 6 | First Midwest Bank | Unsecured | 105,434.94 | 105,434.94 | 0.00 | 105,434.94 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | Unsecured | 688.83 | 688.83 | 0.00 | 688.83 | 0.00 | 0.00 |

| | Total for Case 11-43849 : | | $398,002.40 | $398,002.40 | $6,600.00 | $391,402.40 | $7,096.50 | |
|---|---|---|---|---|---|---|---|---|

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $11,136.61 | $11,136.61 | $0.00 | $7,096.50 | 63.722264% |
| Total Priority Claims : | $14,955.30 | $14,955.30 | $0.00 | $0.00 | 0.000000% |
| Total Secured Claims : | $10,065.44 | $10,065.44 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $361,845.05 | $361,845.05 | $6,600.00 | $0.00 | 1.823985% |

This case is administratively insolvent due to secured creditor lien against assets sold.  No other assets to liquidate in this case.

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-43849
Case Name: EVAN MANOLIS & ASSOCIATES, S.C.
Trustee Name: EUGENE CRANE

**Balance on hand:**          $          7,096.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| 3S | Internal Revenue Service | 10,065.44 | 10,065.44 | 0.00 | 0.00 |

Total to be paid to secured creditors:          $          0.00
Remaining balance:          $          7,096.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - EUGENE CRANE | 2,250.00 | 0.00 | 1,354.64 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 7,856.50 | 0.00 | 4,730.10 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 46.11 | 0.00 | 27.76 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 984.00 | 0.00 | 984.00 |

Total to be paid for chapter 7 administration expenses:          $          7,096.50
Remaining balance:          $          0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:          $          0.00
Remaining balance:          $          0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,955.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1P | Illinois Department of Employment Security | 1,414.13 | 0.00 | 0.00 |
| 3P | Internal Revenue Service | 10,391.30 | 0.00 | 0.00 |
| 7P | Illinois Department of Revenue | 3,149.87 | 0.00 | 0.00 |

Total to be paid for priority claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 361,156.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1U | Illinois Department of Employment Security | 100.00 | 0.00 | 0.00 |
| 2 | GE Capital Corporation | 159,915.32 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 30.55 | 0.00 | 0.00 |
| 4 | PRECISION RECOVERY ANALYTICS,INC | 778.83 | 0.00 | 0.00 |
| 5 | First Midwest Bank | 94,896.58 | 6,600.00 | 0.00 |
| 6 | First Midwest Bank | 105,434.94 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 688.83 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7U | Illinois Department of Revenue | 688.83 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00