UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | EVAN MANOLIS & ASSOCIATES, S.C. | § § § § | Case No. 11-43849 |
|---|---|---|---|
| Debtor(s) | | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/27/2014 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>07/28/2014</u>       By:    <u>/s/Eugene Crane</u>
                                                   Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: EVAN MANOLIS & ASSOCIATES, S.C. § Case No. 11-43849
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.00 |
| *and approved disbursements of* | $ 7,903.50 |
| *leaving a balance on hand of* [1] | $ 7,096.50 |
| **Balance on hand:** | $ 7,096.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Internal Revenue Service | 10,065.44 | 10,065.44 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,096.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,250.00 | 0.00 | 1,354.64 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 7,856.50 | 0.00 | 4,730.10 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 46.11 | 0.00 | 27.76 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 984.00 | 0.00 | 984.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,096.50 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

                        Total to be paid for prior chapter administrative expenses:    $      0.00  
                        Remaining balance:    $      0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,955.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 1,414.13 | 0.00 | 0.00 |
| 3P | Internal Revenue Service | 10,391.30 | 0.00 | 0.00 |
| 7P | Illinois Department of Revenue | 3,149.87 | 0.00 | 0.00 |

                        Total to be paid for priority claims:    $      0.00  
                        Remaining balance:    $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 361,156.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 100.00 | 0.00 | 0.00 |
| 2 | GE Capital Corporation | 159,915.32 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 30.55 | 0.00 | 0.00 |
| 4 | PRECISION RECOVERY ANALYTICS,INC | 778.83 | 0.00 | 0.00 |
| 5 | First Midwest Bank | 94,896.58 | 6,600.00 | 0.00 |
| 6 | First Midwest Bank | 105,434.94 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 688.83 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7U | Illinois Department of Revenue | 688.83 | 0.00 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 11-43849-TAB
Evan Manolis & Associates, S.C.                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2          Date Rcvd: Jul 29, 2014
                              Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2014.
db         +Evan Manolis & Associates, S.C.,    8760 W. 159th Street,   Suite 204,
             Orland Park, IL 60462-5396
aty        +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,   Chicago, IL 60603-4101
17985019   #Bank of America,    PO Box 15026,   Wilmington, DE  19850-5026
17985020   +Delage-Landen Financial,    1111 Old Eagle School Rd.,   Wayne, PA 19087-1453
17985021   +Dependable Billing Service,    10660 W. 143rd Street,   Suite B,   Orland Park, IL 60462-1989
17985022   +Evan Manolis,    11311 Poplar Creek Lane,   Orland Park, IL 60467-7310
18253755   +First Midwest Bank,    c/o Klein, Daday, Aretos,   & O'Donoghue, LLC,   2550 W. Golf Rd., Ste. 250,
             Rolling Meadows, IL 60008-4014
17985026   +GE Capital,    Healthcare Financial Services,   299 Park Avenue 4th Floor,
             New York, NY 10171-0022
17985025   +GE Capital,    c/o Coston & Rademacher,   105 W. Adams St. # 1400,   Chicago, IL 60603-6206
18288615   +GE Capital Corporation,    c/o Patricia E. Rademacher,   Coston & Rademacher,
             105 W. Adams, Suite 1600,    Chicago, IL 60603-6212
17985028   +IL Dept. of Employmt. Sec.,    33 S. State Street,   9th Floor,   Chicago, IL 60603-2804
18252394   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
19832757    Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
             Chicago, Illinois 60664-0338
17985030   +Nathaniel J. Pomrenze,    25 East Washington Street,   Suite 1000,   Chicago, IL 60602-1705
17985031    Palos Community Hospital,    80th Avenue at McCarthy Road,   Palos Heights, IL  60463
17985032   +Reick & Crotty,    55 W. Monroe Street,   Chicago, IL 60603-5001
17985033   +Thomas F. Courtney, Esq.,    7000 W. 127th Street,   Palos Heights, IL 60463-1558
17985034   +Unnited Recovery Systems, LLC,    18525 Torrence Avenue,   Suite C-6,   Lansing, IL 60438-2891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17985024    E-mail/Text: fmb.bankruptcy@firstmidwest.com Jul 30 2014 01:00:31     First Midwest Bank,
             PO Box 9003,    Gurnee, IL  60031-9003
17985027    E-mail/Text: cio.bncmail@irs.gov Jul 30 2014 00:59:01     Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA  19101-7346
17985029   +E-mail/Text: cio.bncmail@irs.gov Jul 30 2014 00:59:01     Internal Revenue Service,
             C/o U. Attorney Joel Nathan,    219 S. Dearborn Street 5th Fl.,   Chicago, IL 60604-2029
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18430686      25 E. WASHINGTON STE 1221
18430688      312-726-1814
18430687      CHICAGO, IL 60602
17985018      CREDITOR MATRIX - EVAN MANOLIS & ASSOCIATES, S.C.
18430689      HLD@ARTHURADLER.COM
18430685      PRECISION RECOVERY ANALYTICS,INC,   C/O ARTHUR B. ADLER & ASSOCIATES
17985023*    +Evan Manolis & Associates, S. C.,   8760 W. 159th Street,   Suite 204,
             Orland Park, IL 60462-5396
                                                                                 TOTALS: 6, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: lhuley                Page 2 of 2                  Date Rcvd: Jul 29, 2014
                               Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2014 at the address(es) listed below:

```
          Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Eugene  Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Jonathan N Rogers    on behalf of Creditor   First Midwest Bank jrogers@skdaglaw.com
          Nathaniel J. Pomrenze    on behalf of Debtor   Evan Manolis & Associates, S.C. njp@njpltdlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```