# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: EVAN MANOLIS & ASSOCIATES, S.C.    §    Case No. 11-43849
                                          §
                                          §
Debtor(s)                                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,100.00                   Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,600.00    Claims Discharged
                                              Without Payment: N/A

Total Expenses of Administration: $8,400.00

---

    3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,065.44 | $10,065.44 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,440.11 | 12,440.11 | 8,400.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 78,243.92 | 14,955.30 | 14,955.30 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 731,238.48 | 361,845.05 | 361,845.05 | 6,600.00 |
| **TOTAL DISBURSEMENTS** | $809,482.40 | $399,305.90 | $399,305.90 | $15,000.00 |

4) This case was originally filed under Chapter 7 on October 28, 2011. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2014          By: /s/EUGENE CRANE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Miscellaneous office equipment, furniture, suppl | 1129-000 | 5,000.00 |
| CO2 fractional laser system Purchased in 12/2009 | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Internal Revenue Service | 4800-000 | N/A | 10,065.44 | 10,065.44 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,065.44** | **$10,065.44** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,250.00 | 2,250.00 | 1,354.64 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 7,856.50 | 7,856.50 | 4,730.10 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 46.11 | 46.11 | 27.76 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 984.00 | 984.00 | 984.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| American Auction Associates, Inc. | 3610-000 | N/A | 900.00 | 900.00 | 900.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.41 | 26.41 | 26.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 95.00 | 95.00 | 95.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.25 | 11.25 | 11.25 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.43 | 6.43 | 6.43 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.08 | 10.08 | 10.08 |
| Rabobank, N.A. | 2600-000 | N/A | 11.10 | 11.10 | 11.10 |
| Rabobank, N.A. | 2600-000 | N/A | 10.74 | 10.74 | 10.74 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.40 | 11.40 | 11.40 |
| Rabobank, N.A. | 2600-000 | N/A | 10.35 | 10.35 | 10.35 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.35 | 11.35 | 11.35 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.31 | 11.31 | 11.31 |
| Rabobank, N.A. | 2600-000 | N/A | 10.61 | 10.61 | 10.61 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.57 | 6.57 | 6.57 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.90 | 10.90 | 10.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,440.11 | $12,440.11 | $8,400.00 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | 1,243.92 | 1,414.13 | 1,414.13 | 0.00 |
| 3P | Internal Revenue Service | 5800-000 | 77,000.00 | 10,391.30 | 10,391.30 | 0.00 |
| 7P | Illinois Department of Revenue | 5800-000 | N/A | 3,149.87 | 3,149.87 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $78,243.92 | $14,955.30 | $14,955.30 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |
| 2 | GE Capital Corporation | 7100-000 | 168,915.32 | 159,915.32 | 159,915.32 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | 179,637.00 | 30.55 | 30.55 | 0.00 |
| 4 | PRECISION RECOVERY ANALYTICS, INC | 7100-000 | N/A | 778.83 | 778.83 | 0.00 |
| 5 | First Midwest Bank | 7100-000 | 92,368.00 | 94,896.58 | 94,896.58 | 6,600.00 |
| 6 | First Midwest Bank | 7100-000 | 92,368.00 | 105,434.94 | 105,434.94 | 0.00 |
| 7U | Illinois Department of Revenue | 7200-000 | N/A | 688.83 | 688.83 | 0.00 |
| NOTFILED | Dependable Billing Service | 7100-000 | 20,097.73 | N/A | N/A | 0.00 |
| NOTFILED | Reick & Crotty | 7100-000 | 23,332.25 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 24,880.18 | N/A | N/A | 0.00 |
| NOTFILED | Delage-Landen Financial | 7100-000 | 123,640.00 | N/A | N/A | 0.00 |
| NOTFILED | Palos Community Hospital | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $731,238.48 | $361,845.05 | $361,845.05 | $6,600.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-43849  **Trustee:** (330350) EUGENE CRANE
**Case Name:** EVAN MANOLIS & ASSOCIATES, S.C.  **Filed (f) or Converted (c):** 10/28/11 (f)
 **§341(a) Meeting Date:** 11/21/11
**Period Ending:** 12/22/14  **Claims Bar Date:** 03/15/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  None - VOID imported in error  Orig. Asset Memo: Imported from original petition Doc# 1  VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2  Bank checking account Bank" JPMorgan Chase  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 3  Bank checking account Bank: Charter One Account  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4  Open Acount receivables Location: In debtor's po  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5  Miscellaneous office equipment, furniture, suppl  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 5,000.00 | FA |
| 6  $CO_2$ fractional laser system Purchased in 12/2009  Orig. Asset Memo: Imported from original petition Doc# 1 | 8,000.00 | 8,000.00 | | 10,000.00 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$13,100.00** | **$13,100.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/29/2014: Final Hearing set for August 27th 10:30am (dk)
06/03/2014: TFR filed with USTO (dk)
05/27/2014: Investigation closed.  Will prepare Final Report (dk)
Further investigation into claimed assets found upon the examination of Debtor's tax returns caused Ttee to determine the validity of the claim, as noted below. At this point the case will be closed.
03/31/2014: Still pursuing preference; investigation of assets continues (dk)
03/30/2013: Upon review of Debtor's returns there may be a preference to the principal that needs to be pursued (dk)
12/31/2011: retained auctioneer to sell laser machine, still investigating value.

Printed: 12/22/2014 04:26 PM     V.13.15

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-43849  
**Case Name:** EVAN MANOLIS & ASSOCIATES, S.C.  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 10/28/11 (f)  
**§341(a) Meeting Date:** 11/21/11  

**Period Ending:** 12/22/14  
**Claims Bar Date:** 03/15/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** February 28, 2013    **Current Projected Date Of Final Report (TFR):** July 25, 2014 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-43849 | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | EVAN MANOLIS & ASSOCIATES, S.C. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******42-65 - Checking Account |
| Taxpayer ID #: | **-***7351 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/22/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/02/12 | {5} | Evan Manolis | Payment #2 for Laser machine and equipment | 1129-000 | 5,000.00 | | 5,000.00 |
| 08/02/12 | {6} | Evan Manolis | Payment #1 for Laser machine and equipment | 1129-000 | 10,000.00 | | 15,000.00 |
| 08/10/12 | 1001 | American Auction Associates, Inc. | Payment of commission/expenses for auctioneer | 3610-000 | | 900.00 | 14,100.00 |
| 08/22/12 | 1002 | First Midwest Bank | Payment of settlement on lien claims | 7100-000 | | 6,600.00 | 7,500.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.41 | 7,473.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,448.59 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,423.59 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,398.59 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,373.59 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 7,373.59 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,373.59 | |
| | | | Subtotal | | 15,000.00 | 7,626.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,000.00 | $7,626.41 | |

{} Asset reference(s)

Printed: 12/22/2014 04:26 PM   V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-43849  
**Case Name:** EVAN MANOLIS & ASSOCIATES, S.C.  
**Taxpayer ID #:** **-***7351  
**Period Ending:** 12/22/14  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5265 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,373.59 | | 7,373.59 |
| 01/11/13 | 11003 | Illinois Department of Revenue | 2012 IL -1120-ST-V, FEIN 36-4417351 | 2820-000 | | 95.00 | 7,278.59 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.25 | 7,267.34 |
| 02/07/13 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-43849, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 6.43 | 7,260.91 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,250.91 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.08 | 7,240.83 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.10 | 7,229.73 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.74 | 7,218.99 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,208.99 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.40 | 7,197.59 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.35 | 7,187.24 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,177.24 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.35 | 7,165.89 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,155.89 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.31 | 7,144.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.61 | 7,133.97 |
| 02/05/14 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #11-43849, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 6.57 | 7,127.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,117.40 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,107.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.90 | 7,096.50 |
| 08/27/14 | 11006 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $984.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 984.00 | 6,112.50 |
| 08/27/14 | 11007 | EUGENE CRANE | Dividend paid 60.20% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,354.64 | 4,757.86 |
| 08/27/14 | 11008 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 60.20% on $7,856.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,730.10 | 27.76 |
| 08/27/14 | 11009 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 60.20% on $46.11, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 27.76 | 0.00 |

Subtotals : $7,373.59 $7,373.59

{} Asset reference(s)

Printed: 12/22/2014 04:26 PM V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-43849 | | **Trustee:** | EUGENE CRANE (330350) |
| --- | --- | --- | --- | --- |
| **Case Name:** | EVAN MANOLIS & ASSOCIATES, S.C. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5265 - Checking Account |
| **Taxpayer ID #:** | **-***7351 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/22/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 7,373.59 | 7,373.59 | $0.00 |
| | | | Less: Bank Transfers | | 7,373.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,373.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,373.59** | |

| | | |
| --- | --- | --- |
| Net Receipts : | 15,000.00 | |
| Net Estate : | $15,000.00 | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **Checking # ****-******42-65** | 15,000.00 | 7,626.41 | 0.00 |
| **Checking # ******5265** | 0.00 | 7,373.59 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/22/2014 04:26 PM   V.13.15